UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESLEY ANN SAKETKOO, MD, MPH | * | CIVIL ACTION |
| | * | |
| Plaintiff | * | NO. 19-cv-12578 |
| | * | |
| VERSUS | * | JUDGE |
| | * | LANCE M. AFRICK |
| TULANE UNIVERSITY SCHOOL OF | * | |
| MEDICINE, ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND, LEE HAMM, | * | MAGISTRATE JUDGE |
| MD, AND JOSEPH LASKY, MD | * | MICHAEL NORTH |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having considered the Request for Oral Argument filed by Defendant Joseph Lasky, M.D. ("Dr. Lasky"),

**IT IS ORDERED** that the Request for Oral Argument is **GRANTED**. Oral argument shall be conducted on Dr. Lasky's Motion to Dismiss Pursuant to Rule 12(b)(6) and to Strike Pursuant to Rule 12(f) on the _____ day of _____, 2020, at _____ a.m. / p.m.

New Orleans, Louisiana, this _____ day of _____, 2020.

_____
**UNITED STATES DISTRICT JUDGE**