UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESLEY ANN SAKETKOO, MD, MPH | * | CIVIL ACTION |
| | * | |
| Plaintiff | * | NO. 19-cv-12578 |
| | * | |
| VERSUS | * | JUDGE |
| | * | LANCE M. AFRICK |
| TULANE UNIVERSITY SCHOOL OF | * | |
| MEDICINE, ADMINISTRATORS OF THE | * | |
| TULANE EDUCATIONAL FUND, LEE HAMM, | * | MAGISTRATE JUDGE |
| MD, AND JOSEPH LASKY, MD | * | MICHAEL NORTH |
| | * | |
| Defendants | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * *

**MOTION FOR LEAVE TO FILE REPLY MEMORANDUM
IN SUPPORT OF MOTION TO DISMISS PURSUANT TO
<u>RULE 12(b)(6) AND TO STRIKE PURSUANT TO RULE 12(f)</u>**

NOW INTO COURT, through undersigned counsel, comes Defendant, Joseph Lasky, M.D. ("Dr. Lasky" or "Defendant"), who moves for leave to file the attached reply memorandum in support of his Motion to Dismiss Pursuant to Rule 12(b)(6) and to Strike Pursuant to Rule 12(f) (Rec. Doc. 15). Through this reply, Dr. Lasky seeks to address arguments made by Plaintiff, Lesley Ann Saketkoo, M.D., M.P.H. in her opposition to Dr. Lasky's motion (Rec. Doc. 31). In particular, Dr. Lasky wishes to point out important differences between the intentional infliction of emotional distress cases cited by Plaintiff and this case and explain how those cases actually <u>support</u> dismissal of Plaintiff's claims against him as a matter of law.

WHEREFORE, Defendant Dr. Lasky respectfully requests that his motion for leave be granted and that the attached reply memorandum be filed into the record in this matter.

Respectfully submitted,

*/s/ Leslie W. Ehret*
Leslie W. Ehret, T.A.  (LA Bar No. 18494)
Benjamin M. Castoriano  (LA Bar No. 31093)
**FRILOT L.L.C.**
1100 Poydras Street, Suite 3700
New Orleans, LA  70163
Telephone:      (504) 599-8000
Facsimile       (504) 599-8100
Email:          lehret@frilot.com
                bcastoriano@frilot.com
Counsel for Defendant, Joseph Lasky, M.D.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing pleading was served upon plaintiff's counsel electronically via the CM/ECF filing system this 7th day of February, 2020.

*/s/ Leslie W. Ehret*

2