| 400 Poydras Street<br>Suite 900<br>New Orleans, LA 70130 | <br>VÁSQUEZ LAW<br>TRIAL ATTORNEYS | Phone 504/571.9582<br>Fax 504/684.1449<br>VASQUEZLAWOFFICE.COM |
|---|---|---|
| Jessica M. Vásquez<br>Evelyn S. Adams | | Please reply to:<br>*jvasquez@vasquezlawoffice.com* |

March 19, 2020

<u>VIA ECF</u>
Hon. Lance M. Africk, U.S.D.J.
U.S. District Court for the Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

      Re:    Lesley Ann Saketkoo, MD, MPH v. Tulane University School of Medicine, Administrators of the Tulane Educational Fund, Lee Hamm, MD, and Joseph Lasky, MD,
            <u>ECF Case No. 2:19-cv-12578</u>

Dear Judge Africk:

      Pursuant to the Court's March 12, 2020 Order (Dkt. No. 41) the Plaintiff has been instructed to notify Defendants and the Court as to whether or not she intends to dismiss Tulane University School of Medicine ("School of Medicine").

      Plaintiff has provided Defendants with a proposed stipulation consistent with this letter, indicating that the School of Medicine would be dismissed without prejudice pursuant to Rule 41(a)(1)(A)(ii).[1] However, the Defendants advised that they will not sign the stipulation and have indicated that Plaintiff should first send this notification to the Court of her intentions.

      Thus, Plaintiff notifies this Court and Defendants that she is willing to dismiss the School of Medicine without prejudice based on and in reliance upon Defendants' representations to the Court during the March 12th conference that (1) the School of Medicine is not a legal entity capable of being sued and (2) Defendant Administrators of the Tulane Educational Fund was/is the entity employer of Plaintiff and the individual Defendants Lee Hamm, MD and Joseph Lasky, MD.

---

[1] Ex A- Proposed Stipulation

Plaintiff requests that the attached stipulation containing the representations made during the March 12, 2020 status conference be signed by Defendants so that this matter can be dismissed pursuant to Rule 41(a)(1)(A)(ii).  We thank the Court for its time and attention to this matter.

Sincerely,

/s/ Jessica M. Vasquez

Jessica M. Vasquez

cc: Douglas Lipsky, (Via ECF)
Lesley W. Ehret, (Via ECF)
Julie D. Livaudais (Via ECF)