# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**LESLEY ANN SAKETKOO, MD, MPH**　　　　　　**CIVIL ACTION**

**VERSUS**　　　　　　　　　　　　　　　　　　**No. 19-12578**

**TULANE UNIVERSITY**　　　　　　　　　　　　**SECTION I**
**SCHOOL OF MEDICINE, ET AL.**

## ORDER

Considering the joint motion[1] to stay the above-captioned case or, in the alternative, continue trial and corresponding scheduling order deadlines,

**IT IS ORDERED** that the motion is **GRANTED IN PART** and **DENIED IN PART.** The trial set for August 24, 2020 shall be **CONTINUED.** This Court's case manager shall hold a scheduling conference to set a new trial date and corresponding scheduling order deadlines.

**IT IS FURTHER ORDERED** that the motion to stay is **DENIED**.

New Orleans, Louisiana, April 8, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 44.