UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| LESLEY ANN SAKETKOO, MD, MPH | * | CIVIL ACTION |
| | * | |
| Plaintiff, | * | NO. 2:19-cv-12578 |
| | * | |
| VERSUS | * | JUDGE LANCE M. AFRICK |
| | * | |
| TULANE UNIVERSITY SCHOOL OF | * | MAGISTRATE MICHAEL B. NORTH |
| MEDICINE, ADMINISTRATORS OF | * | |
| THE TULANE EDUCATIONAL FUND, | * | |
| LEE HAMM, MD, AND JOSEPH | * | |
| LASKY, MD, | * | |
| | * | |
| Defendants | * | |

## JOINT MOTION FOR PROTECTIVE ORDER

NOW COME Plaintiff, Lesley Ann Saketkoo, M.D., M.P.H., and Defendants, The Administrators of the Tulane Educational Fund, Lee Hamm, M.D., and Joseph Lasky, M.D., who move the Court for a Protective Order regarding deposition testimony and documents to be produced, exchanged or filed in this litigation. A proposed and agreed upon Protective Order is attached. Per footnote 1, the additions to the model text, proposed on page 2 of the Protective Order because of the nature of this case, are shown in redlining.

1

3731638-1

**WHEREFORE**, the Parties pray that the Court issue a Protective Order in the form of the

Consent Protective Order attached hereto.

Respectfully Submitted:

By: */s/ Jessica M. Vasquez*
Jessica M. Vasquez (La. Bar No. 27124)
THE VASQUEZ LAW OFFICE
400 Poydras Street, Suite 900
New Orleans, LA 70130
Telephone: (504) 571-9582
Email:  jvasquez@vasquezlawoffice.com
      -and-
By: */s/ Douglas B. Lipsky*
Douglas B. Lipsky (*Via Pro Hac Vice)*
LIPSKY LOWE LLP
420 Lexington Avenue, Suite 1830
New York, NY 10170-1830
Telephone: (212) 392-4772
Email:  doug@lipskylowe.com

***Attorneys for Plaintiff Lesley Ann
Saketkoo, M.D., M.P.H.***

By: */s/ Julie D. Livaudais*
Julie D. Livaudais, T.A. (La. Bar No. 1183)
Rosalie M. Haug (La. Bar No. 37720)
Jesse G. Frank (La. Bar No. 38220)
      -of-
CHAFFE McCALL, L.L.P.
1100 Poydras Street
2300 Energy Centre
New Orleans, LA  70163-2300
Telephone:  (504) 585-7000
Facsimile: (504) 544-6054
Email:  livaudais@chaffe.com
      haug@chaffe.com
      frank@chaffe.com

***Attorneys for Defendants, The Administrators of
the Tulane Educational Fund and Lee Hamm,
M.D.***

By: */s/ Leslie W. Ehret*
Leslie W. Ehret, T.A. (La. Bar No. 18494)

2

3731638-1

Benjamin J. Castoriano (La. Bar No. 31093)
FRILOT L.L.C.
1100 Poydras Street, Suite 3700
New Orleans, LA 70163
Telephone: (504) 599-8000
Facsimile:  (504) 599-8100
Email: lehret@frilot.com
   bcastoriano@frilot.com

***Attorneys for Defendant, Joseph Lasky, M.D.***

3731638-1

3