UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LESLEY ANN SAKETKOO, MD, MPH** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-12578** |
| **TULANE UNIVERSITY SCHOOL OF MEDICINE, ET AL.** | **SECTION I** |

### ORDER

Considering plaintiff Lesley Ann Saketkoo's ("Saketkoo") motion[1] to substitute counsel of record,

**IT IS ORDERED** that the motion is **GRANTED.** Michael R. Allweiss, Melanie C. Lockett, and Abigail F. Gerrity will be **ENROLLED** as counsel of record for Saketkoo in connection with the above-captioned matter.

**IT IS FURTHER ORDERED** that Douglas Lipsky is **WITHDRAWN** as counsel for Saketkoo in connection with the above-captioned matter.

New Orleans, Louisiana, June 10, 2020.

LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE

---

[1] R. Doc. No. 51.