UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **LESLEY ANN SAKETKOO, MD, MPH** | * | **CIVIL ACTION** |
| | * | |
| **Plaintiff,** | * | **NO. 2:19-cv-12578** |
| | * | |
| **VERSUS** | * | **JUDGE LANCE M. AFRICK** |
| | * | |
| **TULANE UNIVERSITY SCHOOL OF MEDICINE, ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, LEE HAMM, MD, AND JOSEPH LASKY, MD,** | * * * * * * | **MAGISTRATE MICHAEL B. NORTH** |
| **Defendants** | * | |

### DEFENDANT'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY-FIVE PAGES

In accordance with Rule 7.7 of the Local Civil Rules of the United States District Court for the Eastern District of Louisiana, Defendant, The Administrators of the Tulane Educational Fund ("Tulane"), respectfully requests that this Court grant it leave to file a Memorandum in excess of twenty-five pages in support of its case-dispositive Motion for Summary Judgment. The Memorandum is 34 pages long. Plaintiff's allegations in her thirty-seven page Complaint are numerous, including claims for discrimination in employment on the basis of gender in violation of Title VII of the Civil Rights Act, a claim for retaliation in employment in violation of Title VII of the Civil Rights Act, a claim under the Equal Pay Act, and a claim for assault under state law. Since none of Plaintiff's claims has any legal merit, Tulane is compelled to comprehensively address all of them in this case-dispositive Motion for Summary Judgment.

In light of these legal complexities, Tulane's Memorandum in Support of its Motion for Summary Judgment is in excess of the 25-page limit. Under these circumstances, Tulane respectfully requests that this Court grant it leave to file in excess of the page limit its

3872401-1

Memorandum in Support of Motion for Summary Judgment. Attached for the Court's consideration is a proposed order granting this request.

          Respectfully Submitted:

By: */s/ Julie D. Livaudais*
    Julie D. Livaudais, T.A. (La. Bar No. 1183)
    Rosalie M. Haug (La. Bar No. 37720)
    Jesse G. Frank (La. Bar No. 38220)
        -of-
    CHAFFE McCALL, L.L.P.
    1100 Poydras Street
    2300 Energy Centre
    New Orleans, LA 70163-2300
    Telephone: (504) 585-7000
    Facsimile: (504) 544-6054
    Email:   livaudais@chaffe.com
               haug@chaffe.com
               frank@chaffe.com

        -and-

By: /s/ Leslie W. Ehret
    Leslie W. Ehret (La. Bar No. 18494)
    Benjamin M. Castoriano (La. Bar No. 31093)
    FRILOT, L.L.C.
    1100 Poydras Street, Suite 3700
    New Orleans, LA 70163-3700
    Telephone:   (504) 599-8000
    Facsimile:   (504) 599-8100
    Email:   lehret@frilot.com
            bcastoriano@frilot.com

***Attorneys for Defendant, The Administrators of the Tulane Educational Fund***

3872401-1