UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESLEY ANN SAKETKOO, MD, MPH<br><br>    Plaintiff,<br><br>    v.<br><br>TULANE UNIVERSITY SCHOOL OF MEDICINE, ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, LEE HAMM, MD, AND JOSEPH LASKY, MD,<br><br>    Defendants. | CIVIL ACTION<br><br>No.: 2:19-CV-12578<br><br><br>JUDGE LANCE M. AFRICK<br><br>MAGISTRATE MICHAEL B. NORTH |

## *EX PARTE* MOTION FOR LEAVE TO FILE UNDER SEAL PURSUANT TO PROTECTIVE ORDER

**NOW INTO COURT,** through undersigned counsel, comes plaintiff, Lesley Ann Saketkoo, M.D., M.P.H. ("Saketkoo"), who, pursuant to the Protective Order (Rec. Doc. No. 50), Order (Rec. Doc. No. 137), and Local Rule 5.6, moves this Honorable Court for leave to file unredacted versions of her Opposition to The Administrators of Tulane's Educational Fund's ("Tulane") Motion for Summary Judgment, Statement of Contested Facts, Response to Uncontested Facts, and Exhibits 2, 4, 6, 8, 9, and 12 under seal.

I.

Saketkoo has filed redacted versions of her Opposition to The Administrators of Tulane's Educational Fund's Motion for Summary Judgment, Statement of Contested Facts, Response to Uncontested Facts, and Exhibits 2, 4, 6, 8, 9, and 12 to preserve confidential information, as

{00563731.DOCX;1}

defined in and in accordance with the Protective Order (Rec. Doc. No. 50) issued in this case. (Rec. Doc. No. 138).[1]

II.

Furthermore, in accordance with the Order of this Court, dated October 6, 2020 (Rec. Doc. No. 137), counsel for the parties have conferred through email to resolve confidentiality disputes relating to Saketkoo's pleadings and exhibits referenced hereinabove. Specifically, plaintiff provided all intended exhibits to counsel for Tulane. Thereafter, counsel for plaintiff specifically advised regarding intentions to move to seal and to preserve confidentiality of certain documents and information. Counsel for Tulane agreed and requested that one additional document be treated as confidential, as it had inadvertently not been designated as such. Counsel for Saketkoo obliged all requests as they relate to the filing of Saketkoo's pleadings and exhibits specifically identified herein.

III.

Considering the terms of the Protective Order and counsel's agreement to preserve confidentiality of certain documents and information in Plaintiff's Opposition to The Administrators of Tulane's Educational Fund's ("Tulane") Motion for Summary Judgment, Statement of Contested Facts, Response to Uncontested Facts, and Exhibits 2, 4, 6, 8, 9, and 12, the motion to seal is supported by controlling authority. See e.g. *United States v. Sealed Search Warrants*, 868 F.3d 385 (5th Cir. 2017).

IV.

Counsel for Tulane has no opposition to this Motion.

---

[1] Plaintiff reserves the right to challenge Tulane's designation of certain documents as "confidential" in accordance with the Protective Order before trial.

{00563731.DOCX;1}

**WHEREFORE,** plaintiff, Lesley Ann Saketkoo, M.D., MPH, respectfully moves this Honorable Court to seal the unredacted versions of her Opposition to The Administrators of Tulane's Educational Fund's ("Tulane") Motion for Summary Judgment, Statement of Contested Facts, and Response to Uncontested Facts, Exhibits 2, 4, 6, 8, 9, and 12.

Respectfully submitted:

LOWE, STEIN, HOFFMAN, ALLWEISS
 & HAUVER, L.L.P.

*/s/ Michael R. Allweiss*
MICHAEL R. ALLWEISS (#2425)
MELANIE C. LOCKETT (#30601)
ABIGAIL F. GERRITY (#35777)
701 Poydras Street, Suite 3600
New Orleans, Louisiana  70139-7735
Telephone:     (504) 581-2450
Facsimile:      (504) 581-2461
Email: mallweiss@lowestein.com
              mlockett@lowestein.com
              agerrity@lowestein.com


VASQUEZ LAW OFFICE


*/s/ Jessica Vasquez*
JESSICA VASQUEZ (#27124)
400 Poydras Street, Suite 900
New Orleans, Louisiana 70130
Telephone:     (504) 571-9582
Facsimile:      (504) 684-1449
Email: jvasquez@vasquezlawoffice.com

Attorneys for Lesley Ann Saketkoo, MD

## CERTIFICATE OF SERVICE

   I hereby certify that a copy of the foregoing pleading has been served on all counsel of record to this proceeding accepting service electronically via the CM/ECF or by hand delivery, fax, Federal Express, or U.S. Mail, postage prepaid and properly addressed to those who are not, on this 13th day of October, 2020.

*/s/ Michael R. Allweiss*

{00563731.DOCX;1}