# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

| | |
|---|---|
| LESLEY ANN SAKETKOO | CIVIL |
| **VERSUS** | **NO: 19-12578** |
| TULANE UNIVERSITY SCHOOL OF MEDICINE et al | **SECTION: I (5)** |

**ATTACHMENTS TO DOCUMENT NO. 138** Response/Memorandum in Opposition

    **DESCRIPTION:** 1 CD

    **FILED BY:** Lesley Ann Saketkoo, Plaintiff

    **FILE DATE:** 10/21/2020

**ARE LOCATED IN THE CLERK'S OFFICE.**