MINUTE ENTRY
AFRICK, J.
November 3, 2020
JS-10 00:15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LESLEY ANN SAKETKOO, MD, MPH** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-12578** |
| **TULANE UNIVERSITY SCHOOL OF MEDICINE, ET AL.** | **SECTION I** |

### ORDER

A status conference was held on this date with counsel for all parties participating to reset pretrial and trial dates. Pursuant to the discussion at the conference,

**IT IS ORDERED** that trial in the above-captioned matter is continued to **MONDAY, FEBRUARY 8, 2021, at 8:30 A.M.**

**IT IS FURTHER ORDERED** that the pre-trial conference is reset for **TUESDAY, JANUARY 5, 2021, at 10:00 A.M.**

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE