UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **LESLEY ANN SAKETKOO, MD, MPH** | **CIVIL ACTION** |
| **VERSUS** | **No. 19-12578** |
| **TULANE UNIVERSITY SCHOOL OF MEDICINE, ET AL.** | **SECTION I** |

## JUDGMENT

On this date, the Court issued an order and reasons granting defendant Administrators of the Tulane Educational Fund's ("Tulane") motion for summary judgment as to all of plaintiff Lesley Ann Saketkoo, MD, MPH's ("Saketkoo") remaining claims. Accordingly,

**IT IS ORDERED** that Tulane's motion for summary judgment is **GRANTED** and that Saketkoo's claims against Tulane are **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

**IT IS FURTHER ORDERED** that Tulane's motion in limine is **DISMISSED AS MOOT**.

New Orleans, Louisiana, December 31, 2020.

_____
LANCE M. AFRICK
UNITED STATES DISTRICT JUDGE