UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| LESLEY ANN SAKETKOO, MD, MPH | CIVIL ACTION |
| Plaintiff, | No.: 2:19-CV-12578 |
| v. | |
| TULANE UNIVERSITY SCHOOL OF MEDICINE, ADMINISTRATORS OF THE TULANE EDUCATIONAL FUND, LEE HAMM, MD, AND JOSEPH LASKY, MD. | JUDGE LANCE M. AFRICK |
| | MAGISTRATE  MICHAEL B. NORTH |
| Defendants | |

## NOTICE OF APPEAL

Notice is given that Plaintiff, Lesley Ann Saketkoo, MD, MPH, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Judgment [R. Doc. 161] and the Order & Reasons [R. Doc. 160] issued on December 31, 2020 granting Defendant Administrators of the Tulane Educational Fund's ("Defendant") Motion for Summary Judgment and dismissing all of the Plaintiff's claims with prejudice, the Order [R. Doc. 148] issued October 26, 2020 denying Plaintiff's Motion to File Sur-Reply, the Order [R. Doc. 118] issued September 14, 2020 granting Defendant's Motion to Enforce the Court's Scheduling Orders, the Order [R. Doc. 108] issued September 4, 2020 denying a Motion to Continue Pre-Trial Dates and Deadlines, and the Order [R. Doc. 98] issued August 5, 2020 denying Plaintiff's Motion to Continue Discovery Deadlines, Extend Pre-Trial Deadlines, and Continue Trial Date.

Dated: January 28, 2021　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　/s/ Michael R. Allweiss
　　　　　　　　　　　　　　　　　　　　LOWE, STEIN, HOFFMAN, ALLWEISS
　　　　　　　　　　　　　　　　　　　　& HAUVER, L.L.P.
　　　　　　　　　　　　　　　　　　　　MICHAEL R. ALLWEISS (#2425)
　　　　　　　　　　　　　　　　　　　　MELANIE C. LOCKETT (#30601)
　　　　　　　　　　　　　　　　　　　　ABIGAIL F. GERRITY (#35777)
　　　　　　　　　　　　　　　　　　　　701 Poydras Street, Suite 3600
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70139-7735
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 581-2450
　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 581-2461
　　　　　　　　　　　　　　　　　　　　Email: mallweiss@lowestein.com
　　　　　　　　　　　　　　　　　　　　mlockett@lowestein.com
　　　　　　　　　　　　　　　　　　　　agerrity@lowestein.com
　　　　　　　　　　　　　　　　　　　　Attorneys for Lesley Ann Saketkoo, MD

　　　　　　　　　　　　　　　　　　　　AND

　　　　　　　　　　　　　　　　　　　　/s/ Jessica M. Vasquez
　　　　　　　　　　　　　　　　　　　　VASQUEZ LAW OFFICE
　　　　　　　　　　　　　　　　　　　　JESSICA VASQUEZ (#27124)
　　　　　　　　　　　　　　　　　　　　400 Poydras Street, Suite 900
　　　　　　　　　　　　　　　　　　　　New Orleans, Louisiana 70130
　　　　　　　　　　　　　　　　　　　　Telephone: (504) 571-9582
　　　　　　　　　　　　　　　　　　　　Facsimile: (504) 684-1449
　　　　　　　　　　　　　　　　　　　　Email: jvasquez@vasquezlawoffice.com