# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

April 08, 2021

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 21-30055   Saketkoo v. Admin Tulane Educ
                  USDC No. 2:19-CV-12578

Enclosed is an order entered in this case.

The court has granted the motion of appellant Lesley Ann Saketkoo to view non-public and/or sealed material in the record on appeal. Unless the court granted access to one or more specific documents ONLY, counsel for Lesley Ann Saketkoo may obtain all ex parte documents *filed on behalf of* Lesley Ann Saketkoo, and all other non ex parte documents in the record. The non-public and/or sealed materials from the record are for counsel's review ONLY. The integrity of the sealed documents is counsel's responsibility, and if provided in original paper, must be returned to the district court as soon as it has served your purpose.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Allison G. Lopez, Deputy Clerk
504-310-7702

Mr. Michael R. Allweiss
Mr. Douglas L. Grundmeyer
Ms. Rosalie Haug
Ms. Julie Durel Livaudais
Ms. Melanie C. Lockett
Ms. Carol L. Michel
Ms. Jessica M. Vasquez

# United States Court of Appeals
# for the Fifth Circuit

_____

No. 21-30055
_____

Lesley Ann Saketkoo, Medical Doctor, Master of Public Health,

*Plaintiff—Appellant*,

*versus*

Administrators of the Tulane Educational Fund,

*Defendant—Appellee*.

_____

Appeal from the United States District Court
for the Eastern District of Louisiana
USDC No. 2:19-CV-12578

_____

ORDER:

IT IS ORDERED that Appellant's opposed motion to unseal district court documents 113-6, 138-24 through 138-33, and 150-4 through 150-6 is DENIED. Appellant's unopposed motion to view and obtain sealed documents to aid in preparation of her briefing on appeal is GRANTED.

_____
Cory T. Wilson
*United States Circuit Judge*